UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>A.R. SARMIENTO, INC, a California corporation,<br><br>Defendant. | No. CV 11-3201 PA (JCx)<br><br>JUDGMENT |

Pursuant to the Court's August 1, 2011 minute order granting the Motion for Default Judgment filed by plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust (collectively "Plaintiffs"), it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiffs shall recover from defendant Jurado Backhoe Rental, Inc. the principal amount of $45,309.54 (consisting of unpaid fringe benefit contributions of $40,423.98, prejudgment interest of $843.16, and liquidated

1  damages of $4,042.40), costs of $360.00, and attorneys' fees of $7,432.49, for a total
2  of $53,102.03, and post-judgment interest as provided by law from the date of entry
3  of this Judgment.

4  DATED: August 1, 2011                              _____
5                                                    Percy Anderson
                                                     UNITED STATES DISTRICT JUDGE